## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **NORMAN L. PIERCE, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:12-CV-388-KD-C** |
| **GLOBAL CREDIT & COLLECTION CORPORATION,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Norman L. Pierce, Jr. ("Plaintiff") and defendant Global Credit & Collection Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Alan D. Leeth certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted this 10th day of September, 2013.

*s/ Alan D. Leeth*
Alan D. Leeth (LEETA9054)
John P. Browning (BROWJ6884)
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
jbrownin@burr.com

2095151 v1

>BURR & FORMAN LLP
>420 North 20th Street, Suite 3400
>Birmingham, Alabama  35203
>Telephone: (205) 251-3000
>Facsimile: (205) 458-5100
>aleeth@burr.com
>
>Attorneys for Defendant
>GLOBAL CREDIT & COLLECTION CORPORATION
>
>
>*s/ Harry V. Satterwhite (w/permission)*
>Harry V. Satterwhite
>SATTERWHITE, BUFFALOW & TYLER, LLC
>1325 Dauphin Street
>Mobile, AL 36604
>Telephone: (251) 432-8120
>Facsimile: (251) 405-0147
>
>Attorney for Plaintiff
>NORMAN L. PIERCE, JR.